**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Glenn G. Clark and Brenda J. Clark,<br><br>                    Plaintiffs,<br><br>v.<br><br>Federal Deposit Insurance Corporation as Receiver for First National Bank of Nevada, First National Bank Holding Company, Design Mortgage, All Metro Title, Michael Fiorito, a/k/a Michael Fiori, Specialized Loan Servicing, Fortress Associates, and Mutual of Omaha Bank,<br><br>                    Defendants. | **Civil No. 08-5808 (RHK/JSM)**<br><br><br>**ORDER APPROVING PLAINTIFFS AND DEFENDANT SPECIALIZED LOAN SERVICING STIPLATION FOR DISMISSAL WITH PREJUDICE** |

---

Pursuant to the parties' Stipulation by and between Plaintiffs and Defendant Specialized Loan Servicing, **IT IS ORDERED** that all claims and all counterclaims between Plaintiffs and Defendant Specialized Loan Servicing are hereby **DISMISSED WITH PREJUDICE** on the merits and without costs to either party.

Dated:  January 30, 2009

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge