# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Glenn G. Clark and Brenda J. Clark, | Court File No. 08-CV-05808 RHK/JSM |
| Plaintiffs, | **STIPULATION & ORDER** |
| vs. | |
| Federal Deposit Insurance Corporation As Receiver for First National Bank of Nevada, First National Bank Holding Company, Design Mortgage, All Metro Title, Michael Fiorito aka Michael Fiori, Fortress Associates, and Mutual of Omaha Bank. | |
| Defendants. | |

Plaintiffs Glenn and Brenda Clark ("Plaintiffs") and defendants FDIC as Receiver for First National Bank of Nevada ("FDIC-Receiver"), First National Bank Holding Company, Design Mortgage, All Metro Title, Michael Fiorito aka Michael Fiori, Fortress Associates and Mutual of Omaha Bank, through their undersigned counsel and individually, hereby stipulate and agree as follows:

1. Pursuant to 12 U.S.C. § 1821(d), Plaintiffs are required to exhaust their remedies against the FDIC-Receiver through the administrative claims process prior to continuing in this litigation.

2. Given the requirement of 12 U.S.C. § 1821(d), the parties agree that the above-captioned matter shall be stayed to allow Plaintiffs to exhaust their administrative remedies against the FDIC-Receiver.

3. The parties hereby stipulate and agree that the above-captioned matter shall be stayed until the earlier of: (a) sixty (60) days after April 29, 2009, which is 180 days from the date Plaintiffs filed their claim with the FDIC, or (b) sixty (60) days after the date of the notice of disallowance of Plaintiffs' claim.

4. Pursuant to 12 U.S.C. § 1821(d)(6), Plaintiffs shall make an election of remedies, if necessary, within the earlier time frame stated above in Paragraph 3, and shall provide notice to the Defendants and the Court of the same.

5. Should Plaintiffs elect to continue this suit, Defendants shall be required to serve and file an Answer to Plaintiffs' Second Amended Complaint within twenty (20) days of receiving Plaintiffs' notice described above in Paragraph 4.

Dated: 2/10/09                          /s/ Jacqueline Williams
                                        Jacqueline Williams (0330668)
                                        2524 Hennepin Avenue
                                        Minneapolis, MN  55405
                                        Phone: 612.377.2299
                                        Attorney for Glenn and Brenda Clark


Dated: 2/10/09                          /s/ Cheryl L. Hauch
                                        Cheryl L. Hauch (294500)
                                        Murnane Brandt
                                        30 East Seventh Street
                                        Suite 3200
                                        St. Paul, MN  55101
                                        Phone: 651.227.9411
                                        Attorney for FDIC as Receiver for First
                                        National Bank of Nevada

Dated: 2/10/09                         /s/ David D. Dodge
                                       David D. Dodge
                                       Lorona, Steiner, Ducar, Coughlin &
                                       Horowitz, PLLC
                                       3003 North Central Avenue
                                       Suite 1800
                                       Phoenix, AZ   85012-2909
                                       Attorney for First National Bank Holding
                                       Company

Dated: 2/10/09                         /s/ Nathan J. Knoernschild
                                       Nathan J. Knoernschild
                                       Thomsen & Nybeck, PA
                                       3300 Edinborough Way
                                       Suite 600
                                       Edina, MN   55435-5962
                                       Phone: 952.835.7000
                                       Attorney for Fortress Associates, Inc.

Dated: 2/10/09                         /s/ Michael A. Fish
                                       Design Mortgage Associates, LLC

Dated: _____                  _____
                                       All Metro Title

Dated: _____                  _____
                                       Michael Fiorito aka Michael Fiori

Dated: _____   _____
                                     Mutual of Omaha Bank

## ORDER

Based upon the foregoing Stipulation by and among Plaintiffs and Defendants**, IT IS HEREBY ORDERED:**

1. The above-captioned matter shall be stayed to allow Plaintiffs to exhaust their administrative remedies against the FDIC-Receiver.

2. The above-captioned matter shall be stayed until the earlier of: (a) sixty (60) days after April 29, 2009, which is 180 days from the date Plaintiffs filed their claim with the FDIC, or (b) sixty (60) days after the date of the notice of disallowance of Plaintiffs' claim.

3. Pursuant to 12 U.S.C. § 1821(d)(6), Plaintiffs shall make an election of remedies, if necessary, within the earlier time frame stated above in Paragraph 2, and shall provide notice to the Defendants and the Court of the same.

4. Should Plaintiffs elect to continue this suit, Defendants shall serve and file an Answer to Plaintiffs' Second Amended Complaint within twenty (20) days of receiving Plaintiffs' notice described above in Paragraph 3.

Dated: February 12, 2009        s/Richard H. Kyle
                                RICHARD H. KYLE
                                United States District Judge