5. Attached hereto as Exhibit 4 is a true and correct copy of the All Metro Title File.

6. Attached hereto as Exhibit 5 is a true and correct copy of the recorded ARM 1 mortgage.

7. Attached hereto as Exhibit 6 is a true and correct copy of the recorded ARM 2 mortgage.

8. Attached hereto as Exhibit 7 is a copy of the FNBA TIL November 16, 2006.

9. Attached hereto as Exhibit 8 is a copy of the FNBA Notice of Right to Cancel December 4, 2006.

10. Attached hereto as Exhibit 9 is a copy of the FNBA Notice of Properly Completed Right to Cancel.

11. Attached hereto as Exhibit 10 is a copy of the FNBA Definition of Truth In Lending Terms.

12 Attached hereto as Exhibit 11 is a copy of the FNBA Impound Authorization.

FURTHER YOUR AFFIANT SAYETH NOT.

Dated: November 18, 2009

_____
Jacqueline L. Williams (#0330668)
2524 Hennepin Avenue
Minneapolis, MN  55405
Phone: 612.377.2299

Subscribed and sworn to
before me this 18
day of November 2009.

_____
NOTARY PUBLIC

YELENA K KOMONASH
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2011