# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Glenn G. Clark and Brenda J. Clark, | Civil No. 08-5808 (RHK/JSM) |
| Plaintiffs, | **ORDER APPROVING PLAINTIFFS AND DEFENDANT MUTUAL OF OF OMAHA STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| Federal Deposit Insurance Corporation as Receiver for First National Bank of Nevada, First National Bank Holding Company, Design Mortgage, All Metro Title, Michael Fiorito aka Michael Fiori, Fortress Associates, and Mutual of Omaha Bank, | |
| Defendants. | |

Based upon the parties' Stipulation (Doc. No. 55), **IT IS ORDERED** that all claims and counterclaims between Plaintiffs Glenn G. Clark and Brenda J. Clark and Defendant Mutual of Omaha are hereby **DISMISSED WITH PREJUDICE** on the merits and without costs to either party.

Dated: January 4, 2010         s/Richard H. Kyle
                               RICHARD H. KYLE
                               United States District Judge