# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Glenn G. Clark and Brenda J. Clark,<br><br>       Plaintiffs,<br><br>v.<br><br>Federal Deposit Insurance Corporation as Receiver for First National Bank of Nevada, First National Bank Holding Company, Design Mortgage, All Metro Title, Michael Fiorito, a/k/a Michael Fiori, Specialized Loan Servicing, Fortress Associates, and Mutual of Omaha Bank,<br><br>       Defendants. | Civil No. 08-5808 (RHK/JSM)<br><br>**ORDER** |

Pursuant to the parties' Stipulation by and between Plaintiffs and Defendant All Metro Title, **IT IS ORDERED** that all claims between Plaintiffs and Defendant All Metro Title are hereby **DISMISSED WITH PREJUDICE**.

Dated: October 21, 2010

                s/Richard H. Kyle
                RICHARD H. KYLE
                United States District Judge