## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Glenn G. Clark and Brenda J. Clark, | Civil No. 08-5808 (RHK/JSM) |
|           Plaintiffs, | |
| v. | **ORDER** |
| Federal Deposit Insurance Corporation as Receiver for First National Bank of Nevada, First National Bank Holding Company, Design Mortgage, All Metro Title, Michael Fiorito, a/k/a Michael Fiori, Specialized Loan Servicing, Fortress Associates, and Mutual of Omaha Bank, | |
|           Defendants. | |

---

Pursuant to the parties' Stipulation by and between Plaintiffs and Defendant Design Mortgage Associates LLC, **IT IS ORDERED** that all claims between Plaintiffs and Defendant Design Mortgage Associates LLC are hereby **DISMISSED WITH PREJUDICE**.

Dated:  October 21, 2010

                           s/Richard H. Kyle_____
                           RICHARD H. KYLE
                           United States District Judge