# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Glenn G. Clark and Brenda J. Clark, | Civil No. 08-5808 (RHK/JSM) |
| Plaintiffs, | |
| v. | **ORDER** |
| Federal Deposit Insurance Corporation as Receiver for First National Bank of Nevada, First National Bank Holding Company, Design Mortgage, All Metro Title, Michael Fiorito, a/k/a Michael Fiori, Specialized Loan Servicing, Fortress Associates, and Mutual of Omaha Bank, | |
| Defendants. | |

Pursuant to the parties' Stipulation by and between Plaintiffs and Defendant Michael Fiorito, a/k/a Michael Fiori, **IT IS ORDERED** that all claims between Plaintiffs and Defendant Michael Fiorito, a/k/a Michael Fiori are hereby **DISMISSED WITH PREJUDICE**.

Dated: October 21, 2010

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge